# UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>JOSE ALBERTO CORTEZ,<br><br>　　Defendant. | Case No.: 2:23-mj-167-EJY<br><br>**Order to Close the Case** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Jose Alberto Cortez has successfully completed the conditions of his sentencing.

## **ORDER**

IT IS HEREBY ORDERED that Count One is amended to Reckless Driving in violation of 36 C.F.R § 4.2 and N.R.S. 484B.653;

IT IS FURTHER ORDERED that the case be closed.

DATED this 18th day of January, 2024

_____
UNITED STATES MAGISTRATE JUDGE

3